# Exhibit A

# Sequium Asset Solutions, LLC

1130 Northchase Parkway, Suite 150
Marietta, GA 30067
Toll-Free: 800-541-1734
Hours: Monday through Friday 9 AM – 5 PM Eastern Time Zone

| Account Information | |
|---|---|
| Date: | 03/13/20 |
| Reference #: | |
| Current Creditor Name: | Cach, LLC |
| Original Creditor Name: | GE Money Bank |
| Original Creditor Account #: | |
| Current Balance: | $817.08 |

Don't want to speak to a representative? Please visit www.sequium.com to communicate with us about your account.

**PAY ONLINE**



 Secure, Convenient and Easy to Use.
You can now pay online at:
www.sequium.com
We accept all major credit cards

 You can now make payments using our mobile app. Download Now!

 Telephone Hours:
Monday – Friday, 9 AM – 5 PM EST.
Toll-Free: 800-541-1734
Fax: 678-228-0019

 Send Mail To:
Sequium Asset Solutions, LLC
1130 Northchase Parkway, Suite 150
Marietta, GA 30067

**NOTICE OF JUDGMENT COLLECTION**

Dear Matthew Towers:

This notice is being sent to you by a collection agency. Please be advised that Cach, LLC, the Current Creditor-Debt Purchaser, has purchased the account referenced above. Our records indicate that the judgment that was awarded on 8/9/2010 remains unresolved. This is the date on which the balance became due.

Sequium Asset Solutions, LLC understands that each person's financial situation is different and unique. We are confident we can assist you in resolving your outstanding balance through a monthly payment arrangement that meets your current financial situation.

You can contact us at the phone number listed above or you can communicate with us about your account at www.sequium.com.

If you would like to make a payment on your account we have convenient ways to pay:

- **Pay Online:** Please visit www.sequium.com to communicate with us about your account
- **Pay By Mobile App:** Please download our mobile app from the App Store or Play Store
- **Pay By Phone:** Please call the number listed above and speak with a representative
- **Pay By Mail:** Please enclose the bottom portion of this letter with your payment

Thank you for your time and attention to this matter. We look forward to helping you resolve this outstanding obligation.

Sincerely,
Sequium Asset Solutions, LLC

As of the date of this letter, you owe $817.08. Because interest continues to accrue on this judgment, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment. If we are not able to adjust any remaining balance in order to clear the account, we will inform you before depositing your payment. For further information, write to the above address or call us at the phone number provided.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

---

FRMC // 01086 // 28510 / 212068506139 / 0016943 / 0064       *** Detach Lower Portion And Return With Payment ***

PO Box 1699
Southgate, MI 48195-0699
CHANGE SERVICE REQUESTED

| | |
|---|---|
| Matthew Towers | |
| Reference #: | |
| Current Creditor Name: | Cach, LLC |
| Original Creditor Name: | GE Money Bank |
| Original Creditor Account #: | |
| Current Balance: | $817.08 |
| Amount Enclosed: | $ |



Matthew Towers
132 Ramapoo Rd
Ridgefield, CT 06877-3731

Sequium Asset Solutions, LLC
1130 Northchase Parkway, Suite 150
Marietta, GA 30067